John Boyce DAVIS, Petitioner, v. Louis E. GOODMAN, District Judge of the Northern District of California, Respondent.

No. 10780.

Circuit Court of Appeals, Ninth Circuit.

June 5, 1944.

John Boyce Davis, in pro. per.

Frank J. Hennessy, U. S. Atty., and A. J. Zirpoli, Asst. U. S. Atty., both of San Francisco, Cal., for respondent.

Before WILBUR, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the petition for writ of mandamus and return to order to show cause thereon, and good cause therefor appearing, it is ordered that the petition for writ of mandamus be, and hereby is, dismissed.

John Edward HAMPTON, Appellant, v. UNITED STATES of America, Appellee.

No. 10608.

Circuit Court of Appeals, Ninth Circuit.

June 16, 1944.

James D. Randles, of Los Angeles, Cal., for appellant.

Charles H. Carr, U. S. Atty., and James M. Carter and Ernest A. Tolin, Asst. U. S. Attys., all of Los Angeles, Cal.

Before WILBUR, GARRECHT, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties, and good cause therefor appearing, it is ordered that

the judgment of the District Court in this cause be affirmed, that a judgment be filed and entered accordingly, and that the mandate of this Court in this cause issued forthwith.

INTERNATIONAL CARRIER–CALL' & TELEVISION CORPORATION, Plaintiff-Appellant, v. RADIO CORPORATION of America, Defendant-Appellee.

No. 349.

Circuit Court of Appeals, Second Circuit.

May 23, 1944.

L. Stewart Gatter, of New York City, for appellant.

Wright, Gordon, Zachry, Parlin & Cahill, of New York City (Fred J. Knauer and Lawrence J. McKay, both of New York City, of counsel), for appellee.

Before SWAN, AUGUSTUS N. HAND, and CLARK, Circuit Judges.

PER CURIAM.

Decision affirmed on opinion below, 50 F.Supp. 759.